MASSASOIT TRIBE, PLAINTIFF IN ERROR, v. ELLEN VOORHEES, DEFENDANT IN ERROR.

Argued June 3J, 1899—Decided July 7, 1899.

On error to the Supreme Court.

For the plaintiff in error, *John H. Fort.*

For the defendant in error, *Thomas B. Hall.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reason given by that court.

*For affirmance*—THE CHIEF JUSTICE, VAN SYCKEL, GARRISON, LIPPINCOTT, GUMMERE, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH. 9.

*For reversal*—None.